UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FILICE LANSFORD DEVELOPMENT CORPORATION,<br><br>　　　　　Defendant. | Case No. 21-cv-00141-SVK<br><br>**ORDER TO SHOW CAUSE** |

　　　　There having been no recent activity in this case, Plaintiff is ordered to file a dismissal or statement no later than **July 20, 2021**, to show cause, if any, why the case should not be dismissed for failure to prosecute. The Parties are ordered to appear for a hearing on this order on **July 27, 2021 at 11:00 a.m.**

　　　　**SO ORDERED.**

Dated: June 30, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge