CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Charles J. Smith, Esq. (SBN # 72700)
777 Marshall Street
Redwood City, CA 94063
(650) 568-2820 (Phone)
(650) 568-2823 (Fax)
Brandon F. Douglass, Esq. (SBN # 277600)
777 Marshall Street
Redwood City, CA 94063
(650) 260-1594 (Phone)
Attorneys for Defendant
Filice Lansford Development Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>FILICE LANSFORD DEVELOPMENT CORPORATION, a California Corporation,<br><br>    Defendants. | Case No.: 5:21-cv-00141-SVK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: February 10, 2022 | CENTER FOR DISABILITY ACCESS |
| 3 | | By:   /s/ Amanda Seabock |
| 4 | | Amanda Seabock<br>Attorneys for Plaintiff |
| 6 | Dated: | |
| 9 | | By: _____ |
| | | Charles J. Smith<br>Brandon F. Douglass<br>Attorneys for Defendant<br>Filice Lansford Development Corporation |

By: _____
Amanda Seabock
Attorneys for Plaintiff

Dated: 1/26/22

By: _____
Charles J. Smith
Brandon F. Douglass
Attorneys for Defendant
   Filice Lansford Development
   Corporation

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Charles J. Smith, counsel